UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| FRANK B. POWELL LUMBER CO., INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 1:10CV97 HEA |
| ) | |
| NORBERT BECHTEL, et al., ) | |
| ) | |
| Defendants. ) | |

### MEMORANDUM AND ORDER

This matter is before the Court on its own motion. On January 27, 2012, the Court granted the United States' Consent Motion to Stay and Remove the Case from the Trial Docket until such time as the National Environmental Protection Act assessments, an environmental assessment and an environmental impact statement, could be completed. Since the entry of the stay, nothing has been filed to advise the Court of the status of the assessments.

Accordingly,

**IT IS HEREBY ORDERED** that the United States shall, within 7 days from the date of this Order, file a report with the Court as to the status of the required assessments involved in this matter.

Dated this 18th day of July, 2013.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE